UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRINA HARRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 21-cv-06484-SI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jon S. Tigar for consideration of whether the case is related to *Patrina Harrison v. City and County of San Francisco*, 20-cv-05178-JST.

**IT IS SO ORDERED**.

Dated: September 7, 2021

_____
SUSAN ILLSTON
United States District Judge